## Durham Terrace, Inc., Appellant, *v.* Hellertown Borough Authority.

Argued January 5, 1959. Before JONES, C. J., MUSMANNO, JONES, COHEN and McBRIDE, JJ.

*Daniel L. McCarthy,* with him *Justin Kevin McCarthy,* for appellant.

*L. F. McCarthy,* with him *McFadden, Riskin, McCarthy and Holland,* for appellee.

OPINION PER CURIAM, March 16, 1959:

The decree is affirmed on the opinion of President Judge BARTHOLD, of the court below, reported at 16 Pa. D. & C. 2d 231.

Decree affirmed at appellant's costs.